IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02037-BNB

DAWAUNE LATIEFTH ELLIS,
    Applicant,

v.

THE UNITED STATES OF AMERICA,
    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Dawaune Latiefth Ellis, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility at Fort Lyon, Colorado. On August 24, 2010, the Court ordered four motions filed by Mr. Ellis in *United States v. Ellis*, Criminal Action No. 08-cr-00078-WDM, to be transferred to this new civil action. See docket nos. 2, 3, 4, and 5.

Through the motions, Mr. Ellis sought the immediate removal or disposition of a federal detainer, an immediate probation violation revocation hearing, and to initiate a habeas corpus proceeding. The Court in No. 08-0cr-00078-WDM noted that none of the four motions related to the validity of Mr. Ellis's conviction or sentence, construed the motions as an effort by Mr. Ellis to initiate a habeas corpus action pursuant to 28 U.S.C. § 2241, and transferred the motions to the instant civil action.

As part of the Court's review of the motions pursuant to D.C.COLO.LCivR 8.2 in the instant action, the Court determined that the motions were deficient. Therefore, in an order filed on September 10, 2010, Magistrate Boyd N. Boland ordered Mr. Ellis to

cure certain enumerated deficiencies in this action within thirty days. Specifically, Mr. Ellis was directed to submit on the proper, Court-approved forms an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 naming as Respondent his current custodian and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action together with a certified copy of his trust fund account statement. The September 10 order informed Mr. Ellis that the § 1915 motion was necessary only if the $5.00 filing fee was not paid. The order warned Mr. Ellis that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Ellis has failed, within the time allowed, to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this  21st  day of  October , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 10-cv-02037-BNB

Dawaune L. Ellis
Reg No. 96703-007
Fort Lyon Corr. Facility
P.O. Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/21/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk